1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TARA I. ALLEN, Bar #235549
   Staff Attorney
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   ARIEL VILLA-REAL

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
   UNITED STATES OF AMERICA,      )  Cr. No. S-06-0227-KJM
12                                 )
                    Plaintiff,     )  STIPULATION AND ORDER
13                                 )
        v.                         )  Date:  September 21, 2006
14                                 )  Time:   10:00 a.m.
   ARIEL VILLA-REAL,               )  Judge: Kimberly J. Mueller
15                                 )
                    Defendant.     )
16                                 )
   _____  )
17

18       The United States of America, through MATTHEW C. STEGMAN,

19  Assistant United States Attorney, together with defendant, MITCHELL

20  FERRIS, by and through his counsel TARA I. Allen of the Federal

21  Defenders Office, stipulate that the change of plea hearing set August

22  28, 2006 be reset to September 21, 2006 at 10:00 a.m.

23       The parties agree that the Court should exclude time under the

24  Speedy Trial Act from the date of this order through the date of the

25  change of plea hearing set for September 21, 2006 at 10:00 a.m.

26  pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) for reasonable time to

27  / / /

28  / / /

1    prepare and Local Code T4.

2    Dated: August 28, 2006

3                                          Respectfully submitted,

4
                                           DANIEL J. BRODERICK
5                                          Federal Defender

6                                          /s/ Tara I. Allen

7                                          _____
                                           TARA I. ALLEN
                                           Staff Attorney
8                                          Attorney for Defendant
                                           ARIEL VILLA-REAL
9

10
     Dated:  August 29, 2006               MCGREGOR W. SCOTT
11                                         United States Attorney

12                                         /s/ Matthew Stegman

13                                         _____
                                           MATTHEW STEGMAN
                                           Assistant U.S. Attorney
14
                                  **O R D E R**
15

16       FOR GOOD CAUSING SHOWING, the Court finds that the ends of justice

17   served by granting this continuance outweigh the best interest of the

18   public and the defendant in a speedy trial.  Time is excluded under

19   Title 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code T-4 from the date of

20   this Order to the change of plea hearing date of September 21, 2006.

21       IT IS SO ORDERED.

22   DATED: August 30, 2006.

23
                                  _____
24                                DALE A. DROZD
                                  UNITED STATES MAGISTRATE JUDGE
25

26

27   Ddad1/orders.criminal/villa-real0227.stipord

28

                                     2